UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>DONA DAOUD ADAM AKA )<br>AMINA ISMAIL-YOUSSOUF, )<br>)<br>DEFENDANT ) | CRIMINAL NOS. 07-15-P-H<br>AND 07-59-P-H |

ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in these matters.

SO ORDERED.

DATED THIS 27TH DAY OF JUNE, 2007

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE